■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM H. BERNSTEIN, Appellant. (Appeal No. 3.)—Order unanimously affirmed. Same memorandum as in *People v Bernstein,* ([appeal No. 1] 163 AD2d 842 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Corning, J.—CPL art 440.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.